# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.   3:07cr11/MCR/EMT
                3:14cv238/MCR/EMT

WALTER BRADBERRY

_____/

### O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 23, 2014.  (Doc. 89).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion for leave of court to file a motion under 28 U.S.C. § 2255 is **DENIED,** and the incorporated § 2255 motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 88), is **DENIED and  DISMISSED** without prejudice.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 12th day of June, 2014.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**